```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF MAINE


LY T. HA,                       )
                                )
             Petitioner,        )
                                )
    v.                          )      Civil No. 05-61-B-W
                                )
JEFFREY MERRILL,                )
                                )
             Respondent.        )
```

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on September 19, 2005 her Recommended Decision. The Petitioner filed his objections to the Recommended Decision on October 14, 2005. I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

   1.  It is therefore <u>ORDERED</u> that the Recommended
       Decision of the Magistrate Judge is hereby
       <u>AFFIRMED</u>.

    2.    It is further <u>ORDERED</u> that Petitioner's 28 U.S.C. § 2254 Petition is <u>DENIED</u>.

```
                                /s/ John A. Woodcock, Jr.
                                JOHN A. WOODCOCK, JR.
                                UNITED STATES DISTRICT JUDGE
```

Dated this 25th day of October, 2005